# CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | **MAGISTRATE JUDGE STEVEN L. TISCIONE** |
| **DATE:** | October 26, 2020 |
| **TIME:** | 4:00 P.M. |
| **DOCKET NUMBER(S):** | CV-20-3506 (JS) |
| **NAME OF CASE(S):** | **SANTOS DE PAULINO V TARGET CORPORATION** |
| **FOR PLAINTIFF(S):** | Shulman |
| **FOR DEFENDANT(S):** | Hannon |
| **NEXT CONFERENCE(S):** | **See rulings below** |
| **FTR/COURT REPORTER:** | N/A |

## RULINGS FROM MOTION HEARING:

The Court reviewed evidence in camera. For the reasons discussed during the conference, Defendant's First MOTION for Protective Order [7] is granted. Defendant may withhold providing a copy of the video surveillance footage and LOD investigation report until after Plaintiff's deposition.